IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALEX BORRENSON and
JADA BORRENSON                                                                              PLAINTIFFS

vs.                              Case No. 3:23-cv-142 – JM

NITRO LIFT TECHNOLOGIES L.L.C and
LACY JONES, JR.                           .                                                 DEFENDANTS

## ORDER

Pending is Plaintiffs' motion to remand this negligence action to state court. (Doc. No. 11). The motion is unopposed. Plaintiff has stipulated that the amount in controversy is below the $75,000 required to establish diversity jurisdiction under 28 U.S.C. § 1332(a). Based on this stipulation, the Court finds that it does not have jurisdiction over this matter, and the Clerk is directed to remand this action to the Circuit Court of Randolph County, Arkansas forthwith.

IT IS SO ORDERED this 31st day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE